IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GLEN ELLYN PHARMACY, INC., on behalf of plaintiff and the class members defined herein, | ) ) ) ) |
| Plaintiffs, | ) Case No. 20-cv-2945 |
| v. | ) ) Hon. Steven C. Seeger |
| THE PRESCRIPTION SHOPPE, LLC; JSB GROUP OF PHARMACIES LLC; and JOHN DOES 1-10, | ) ) ) ) |
| Defendants. | ) ) |

## STIPULATION TO DISMISS

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate to the dismissal of Plaintiff's individual claims with prejudice and without costs. The claims of the putative class are dismissed without prejudice and without costs. Plaintiff dismisses its claims against John Does 1-10 without prejudice and without costs.

Respectfully submitted,

**PLAINTIFF**
*Glen Ellyn Pharmacy, Inc.*

*s/ Dulijaza Clark*
By one of his attorneys

Dulijaza (Julie) Clark
**Edelman, Combs, Latturner
    & Goodwin LLC**
20 S. Clark St., Suite 1500
Chicago, IL 60603
(312) 739-4200
dclark@edcombs.com

**DEFENDANTS**
*The Prescription Shoppe, LLC and
JSB Group of Pharmacies, LLC*

*s/  Gigio Ninan*     (*with permission*)
By one of their attorneys

Gigio Ninan
Shankar Ninan & Co.
875 Avenue of the Americas
Suite 1810
New York, NY 10001
Phone: 212-594-6657
Fax: 212-594-6780
gio@shankarninan.com

1

2

 Vivek Jayaram
Elizabeth Austermuehle
**Jayaram Law, Inc.**
125 S. Clark Street
Suite 1175
Chicago, Illinois 60603
Phone: 312-212-8676
Fax: 312-661-5910
liz@jayaramlaw.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

      I, Dulijaza Clark, hereby certify that on January 4, 2021, I electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all attorneys of record.

                                                      *s/Dulijaza Clark*
                                                      Dulijaza (Julie) Clark

Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312)739-4200