UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Glen Ellyn Pharmacy, Inc.,

                    Plaintiff,

v.                                            Case No.: 1:20−cv−02945
                                                   Honorable Steven C. Seeger

Prescription Shoppe, LLC, The, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 6, 2021:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the Stipulation to Dismiss (Dckt. No. [26]), which stated that Plaintiff and Defendants The Prescription Shoppe, LLC and JSB Group of Pharmacies, LLC have stipulated to the dismissal of Plaintiff's individual claims with prejudice and without costs. Under Rule 41(a)(1)(A)(ii), the dismissal is self−effectuating. Plaintiff also advanced claims against John Does 1−10, and the Stipulation to Dismiss states that Plaintiff dismisses its claims against John Does 1−10 without prejudice and without costs. John Does 1−10 were never identified or served, so Rule 41(a)(1)(A)(ii) does not apply. See Fed. R. Civ. P. 41(a)(1)(A)(ii) (authorizing voluntary dismissal by a stipulation "signed by all parties who have appeared"). But Rule 41(a)(1)(A)(i) applies and is self−effectuating. Plaintiff's claims against John Does 1−10 are dismissed without prejudice and without costs. Plaintiff also purported to bring claims on behalf of a putative class. The claims of the putative class are dismissed without prejudice and without costs. All claims are therefore dismissed. Civil case terminated. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.